UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Peck,

    Plaintiff,                                    Civil No. 21-10821

v.                                                Honorable Laurie J. Michelson
                                                    Mag. Judge Curtis Ivy, Jr.

United States of America and
John D. Dingell VA Medical Center,

    Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and based on the stipulation of the parties, through their undersigned counsel, this action is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

    IT IS SO ORDERED.

    Dated: June 6, 2022

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

So stipulated and agreed:

| By: /s/ Steven C. Hurbis<br><br>Brian J. McKeen (P34123)<br>Steven C. Hurbis (P80993)<br>McKeen & Associates, P.C.<br>Attorneys for Plaintiff<br>645 Griswold Street, Suite 4200<br>Detroit, Michigan 48226<br>(313) 961-4400<br>shurbis@mckeenassociates.com | By: /s/ Jennifer L. Newby<br><br>Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorney for Defendant<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |